UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAYA, | Case No. CV 18-09280 R (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Memorandum and Order Dismissing Habeas Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 1, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE